**Order entered January 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01131-CR

**RAY DON WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75289-U**

## ORDER

Before the Court is the January 3, 2020 first request for additional time filed by court reporter Sasha Brooks. We **GRANT** the request and **ORDER** the reporter's record filed on or before February 7, 2020.

/s/    CORY L. CARLYLE
       JUSTICE